IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CODY SPRINGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIME CARE MEDICAL, INC., | : | |
| WEXFORD HEALTH SOURCES, INC., | : | |
| and | : | |
| CORRECT CARE SOLUTIONS, LLC | : | NO. 15-2684 |

## ORDER

AND NOW, this 17th day of September, upon consideration of defendant Prime Care Medical, Inc.'s motion to dismiss (docket entry #11) and plaintiff Cody Springs's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Prime Care's motion to dismiss (docket entry #11) is GRANTED;

2. Count I of the amended complaint is DISMISSED WITHOUT PREJUDICE as to defendant Prime Care Medical, Inc. only; and

3. Plaintiff is GRANTED LEAVE to FILE a second amended complaint if he can do so conformably with Fed. R. Civ. P. 11 and does so by noon on October 3, 2015.

BY THE COURT:

 _/s/ Stewart Dalzell, J._
Stewart Dalzell, J.