IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CODY SPRINGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIME CARE MEDICAL, INC., | : | |
| WEXFORD HEALTH SOURCES, INC., | : | |
| and | : | |
| CORRECT CARE SOLUTIONS, LLC | : | NO. 15-2684 |

ORDER

AND NOW, this 27th day of April, 2016, upon consideration of defendants Correct Care Solutions, LLC and Wexford Health Sources, Inc.'s motion for summary judgment (docket entry #35), plaintiff's response in opposition thereto, defendant PrimeCare Medical, Inc.'s motion for summary judgment (docket entry #36), to which plaintiff did not respond, and the defendants' replies, and for the reasons set forth in our Memorandum issued this day on this case, it is hereby ORDERED that:

1. Defendants Correct Care Solutions, LLC and Wexford Health Sources, Inc.'s motion for summary judgment (docket entry #35) is GRANTED;

2. Defendant PrimeCare Medical, Inc.'s motion for summary judgment (docket entry #38) is GRANTED; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

 /S/ Stewart Dalzell, J.
Stewart Dalzell, J.